# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2024-0751

—————————————————

GREGORY ROLAND,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 5, 2025

PER CURIAM.

DISMISSED as unauthorized. *See Baker v. State*, 878 So. 2d 1236, 1245–46 (Fla. 2004).

ROWE, RAY, and WINOKUR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Gregory Roland, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.